```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Jerry L. Davis,                      :

      Plaintiff,                    :

  v.                                 :     Case No. 2:06-cv-0820

Warden, Madison Correctional        :
Institution,                              JUDGE SMITH
                                                    :

      Defendant.

<u>ORDER</u>

    Plaintiff has not responded to the Magistrate Judge's order to submit a certified trust fund statement from his institution so that the Court can assess the appropriate partial filing fee. He is therefore assessed the full filing fee of $350.00. Further, as stated in the Magistrate Judge's order, and as required by the Court of Appeals, see <u>In re Prison Litigation Reform Act</u>, 1997 WL 40203 (6th Cir. 1997), this case is DISMISSED for lack of prosecution and will not be reinstated to the docket even if the full filing fee is paid.

                                              <u>/s/ George C. Smith</u>
                                              George C. Smith
                                              United States District Judge